JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA OHLWEILER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:20-cv-03165-SVW-JEMx<br><br>**CLASS ACTION**<br><br>ORDER REGARDING JOINT STIPULATION TO TRANSFER VENUE<br><br>Hon. Stephen V. Wilson |

## ORDER

Pursuant to 28 U.S.C. § 1404, the Court, having reviewed and considered the Parties Joint Stipulation to Transfer Venue of this Action, does hereby Order that this Action be transferred from the United States District Court for the Central District of California to the United States District Court for the Northern District of California, San Jose Division. The Court further Orders the Clerk for the United States District Court for the Central District to forward all filings in this Action to the Clerk for the United States District Court for the Northern District of California, San Jose Division.

**IT IS SO ORDERED.**

Dated: May 13, 2020

*[signature]*

**STEPHEN V. WILSON**
UNITED STATES DISTRICT JUDGE